# Exhibit B

# VOLUNTARY AND MUTUAL ARBITRATION AGREEMENT

Wayfair strives to create an open, respectful and inclusive workplace. We don't anticipate disputes arising, but in the event that they do, we want to resolve them in a respectful, efficient and cost-effective manner. This arbitration agreement explains the process by which any disputes between you and Wayfair will be resolved. It describes the types of disputes that will and won't go to arbitration, how you can attempt to resolve a dispute informally, and how you can start an arbitration if the need arises.

As consideration for my employment or continued employment with Wayfair LLC and for the mutual promises herein, I and the Company (as defined below) (each a "Party" and collectively, the "Parties") agree that:

**Except as expressly set forth in the section, "Claims Not Covered by this Agreement," all disputes, claims, complaints, or controversies ("Claims") that I may have against Wayfair LLC ("Wayfair") and/or any of its subsidiaries, affiliates, officers, directors, employees, agents, and/or any of its clients or customers (collectively and individually the "Company"), or that the Company may have against me, including contract claims; tort claims; discrimination and/or harassment claims; retaliation claims; claims for wages, compensation, penalties or restitution; and any other claim under any federal, state, or local statute, constitution, regulation, rule, ordinance, or common law, arising out of and/or directly or indirectly related to my employment with the Company, and/or the terms and conditions of my employment with the Company, and/or termination of my employment with the Company ("Covered Claims"), are subject to individual arbitration pursuant to the terms of this Voluntary and Mutual Arbitration Agreement ("Agreement") and will be resolved by arbitration and NOT by a court or jury. The Parties hereby forever waive and give up the right to have a judge or a jury decide any Covered Claims.**

To the maximum extent permitted by applicable law, the Parties agree that:

- No Covered Claims may be initiated or maintained on a class action, collective action, representative action, or mass filing basis, either in court or arbitration. For purposes of this Agreement, "mass filing" means the filing of Claims against the Company that are (a) based on a substantially similar legal theory; (b) based on substantially similar factual allegations; (c) filed by parties represented by the same counsel; and/or (d) filed (whether or not on an individual basis) as part of a coordinated campaign;

- A court of competent jurisdiction, not an arbitrator, must resolve issues concerning the enforceability or validity of the class action, collective action, representative action or mass filing waiver set forth above;

- If, for any reason, the class action, collective action, representative action or mass filing waiver is held unenforceable or invalid in whole or in part, then a court of competent jurisdiction, not an arbitrator, will decide the type of claim as to which the waiver was held unenforceable or invalid;

- All claims must be brought in a Party's individual capacity and unless (i) the Parties expressly agree in writing or (ii) as permitted by court order, Covered Claims may not be joined or consolidated in court or arbitration with other individuals' claims, and no damages or penalties may be sought or recovered on behalf of other individuals;

- Covered Claims include, but are not limited to, all Claims arising under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family and Medical Leave Act, the Fair Labor Standards Act, the Equal Pay Act, the Employee Retirement Income Security Act, the Civil Rights Act of 1991, Section 1981 of U.S.C. Title 42, the Worker Adjustment and Retraining Notification Act, the Age Discrimination in Employment Act, the Uniform Services Employment and Reemployment Rights Act, the Genetic Information Nondiscrimination Act, the California Fair Employment and Housing Act, §1542 of the California Civil Code, the California Labor Code, the California Constitution, the California Family Rights Act, and any similar federal and state laws, all as amended (collectively "Covered Claims"); and

- While I have the right to file a charge or complaint with the Equal Employment Opportunity Commission ("EEOC") (or state or local equivalent, such as the California Department of Fair Employment and Housing), the Securities Exchange Commission, the National Labor Relations Board ("NLRB"), the Department of Labor, the Occupational Safety and Health Administration, or any other federal, state, or local administrative agency, if any federal, state or local administrative agency proceeding does not finally resolve the Covered Claim, the Parties must submit the claim to arbitration under this Agreement. I agree that I will not seek any monetary compensation as a result of any proceeding arising from the filing of a charge (and/or participating in an investigation resulting from the filing of a charge) with the EEOC and/or state or local human rights agency, because I understand if I believe I am owed any monetary compensation related to any charge I might file with the EEOC and/or state or local human rights agency, this Agreement provides the exclusive avenue through which I will seek it. Further, I understand that nothing in any agreement I have with the Company shall prohibit or restrict me from making any voluntary disclosure of information or documents to any governmental agency or legislative body, or any self-regulatory organization, in each case, without advance notice to the Company.

**<u>Claims Not Covered by This Agreement</u>**

- Claims involving allegations of a nonconsensual sexual act or sexual contact as defined under applicable federal or state law, or conduct that is alleged to constitute sexual harassment under applicable federal or state law, which, in each case, may only be subject to arbitration at my option, to the extent applicable law renders this pre-dispute Agreement covering such Claims invalid or unenforceable;

- Workers' compensation benefits, state disability insurance, unemployment compensation benefits, claims for benefits under a plan that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), and claims which are subject to the exclusive jurisdiction of the NLRB; and

- Any claim that is expressly precluded from arbitration by a governing federal law or by a state law that is not preempted by the Federal Arbitration Act ("FAA") or other federal law.

**Pre-Dispute Procedures**

- In the event that your dispute or concern is not addressed through Wayfair's existing open door policies or similar grievance and dispute resolution policies, the Pre-Dispute Procedures below will apply.

- Before making a demand for arbitration, you and the Company agree to pursue informal resolution of the dispute by providing a written notice ("Notice") containing a detailed description of the nature and basis of the dispute. You agree to first deliver Notice to the Company by email at legal@wayfair.com. If the Company has a dispute with you, the Company agrees to first send a Notice to your email or home address on file with us.

- You and the Company agree to meet via telephone or virtual conference in an effort to resolve the dispute informally without the need for a formal proceeding. Compliance with and completion of this informal dispute resolution process is a condition precedent to filing any demand for arbitration. You and the Company agree to toll any applicable statute of limitations and filing fee deadlines while pursuing this informal dispute resolution process.

- This informal process should result in resolution of the dispute, but if for some reason it is not resolved within 60 days after receipt of Notice (and the Parties have not agreed to extend this time period), you or the Company may initiate an arbitration, provided that the party seeking arbitration certifies in writing that they have fully complied with the informal dispute resolution process prior to making a demand for arbitration.

**Arbitration Procedures**

- The Parties will use National Arbitration and Mediation Services ("NAM"), subject to its then-current employment arbitration rules and procedures, available at (https://www.namadr.com/practice-areas/employment-area/nams-employment-rules-procedures-and-related-documents/), unless those rules and/or procedures conflict with any express term of this Agreement, in which case this Agreement is controlling. If NAM is unavailable or unwilling to administer the proceeding under this Agreement as written, the Parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its then-current employment arbitration rules and procedures, available at (https://www.adr.org/employment), unless those rules and/or procedures conflict with any express term of this Agreement, in which case this Agreement is controlling. If the AAA is unavailable or unwilling to apply this Legal Disputes Section as written, the Parties shall mutually agree on an alternative administrator that will administer the proceeding under this Agreement as written;

- No arbitration under this Agreement shall be subject to any applicable NAM or AAA Class Action Procedures;

- The Parties agree that the proceedings will be conducted remotely unless the Parties expressly agree otherwise;

- The arbitrator will have the authority to decide a motion to dismiss and/or a motion for summary judgment by any Party and shall apply the Federal Rules of Civil Procedure with respect to such motions and the imposition of any attorney sanctions; and

- The arbitrator shall issue a final and binding written award, subject to review on the grounds set forth in the FAA. The award shall have no preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

**Arbitration Fees and Costs**

- I will pay any NAM filing or administrative fee up to the amount of the initial filing fee to commence an action in a court that otherwise would have jurisdiction ("filing fee"), and the Company will pay any fees required by NAM to commence an action in excess of the filing fee.

- The Company will pay any other NAM administrative fees and the arbitrator's fees.

- I will pay my own attorneys' fees and all other costs and fees that I incur in connection with the arbitration.

- The Company will pay its own attorneys' fees and all other costs and fees that it incurs in connection with the arbitration.

- The arbitrator will not have authority to award attorneys' fees unless a statute or contract at issue in the dispute authorizes the award of attorneys' fees to the applicable prevailing party, in which case the arbitrator shall have the authority to make an award of attorneys' fees to the full extent permitted by applicable law. If there is a dispute as to whether the Company or I am the prevailing party, the arbitrator will decide this issue.

**Time Limitation for Commencing Arbitration**

- The same statute of limitations that would have applied if a claim was made in an administrative or judicial forum will apply to any Covered Claim.

- Arbitration is to be commenced consistent with the then-current NAM arbitration rules and procedures.

**Damages and Other Relief**

Any Covered Claims arbitrated hereunder are subject to the same affirmative rights to individual damages and other relief and the same limitations regarding damages and ability to obtain other relief as would have applied in a judicial forum.

**Modification and Termination**

This Agreement survives the termination of my employment (or expiration of any benefit of my employment) with the Company. If I am later re-employed by the Company, this Agreement remains in full force and effect during my later employment and survives the termination of my later employment. This Agreement supersedes any prior agreement between the Parties regarding the subject matter of dispute resolution.

**Confidentiality**

The Parties shall maintain the confidential nature of the arbitration proceeding and the award, including all disclosures in discovery, submissions to the arbitrator, the hearing, and the contents of the arbitrator's award, except as may be necessary in connection with a court application for a provisional remedy under applicable law, a judicial action to vacate or enforce an award, or unless otherwise required by law or allowed by prior written consent of both parties. This provision shall not prevent either Party from communicating with witnesses to the extent necessary to assist in arbitrating the proceeding. In all proceedings to confirm or vacate an award, the Parties will cooperate in preserving the confidentiality of the arbitration proceeding and the award to the greatest extent allowed by applicable law.

**Severability**

If any court of competent jurisdiction finds any part or provision of this Agreement void, voidable, or otherwise unenforceable, such a finding will not affect the validity of the remainder of the Agreement, and all other parts and provisions remain in full force and effect.

**Governing Law**

This Agreement is governed by the FAA and, to the extent not inconsistent with or preempted by the FAA, by the laws of the State of California without regard to principles of conflicts of law. The Company's business and my employment with the Company affect interstate commerce.